■ In the Matter of GEORGE N.B., Appellant. HERKIMER COUNTY ATTORNEY, Respondent. [869 NYS2d 819]

Memorandum: Respondent appeals from an order adjudicating him to be a juvenile delinquent based on the finding that he committed an act that, if committed by an adult, would constitute the crime of criminal mischief in the fourth degree (Penal Law § 145.00 [3]). "Respondent failed to preserve for our review his contention that [Family Court] improperly acted as an advocate for [petitioner] by questioning a witness" (*Matter of Aron B.*, 46 AD3d 1431, 1431 [2007]; *see People v Charleston*, 56 NY2d 886, 887-888 [1982]; *Matter of Yadiel Roque C.*, 17 AD3d 1168, 1169 [2005]), as well as his contention that the court erred in failing to order a probation investigation as required under Family Court Act § 351.1 (2) (*see generally Matter of Michael A.M.*, 31 AD3d 1183 [2006]; *Matter of Phillip D.*, 27 AD3d 1126 [2006]). We decline to review those contentions in the interest of justice (*see generally Yadiel Roque C.*, 17 AD3d at

1169). Contrary to respondent's further contention, "the record establishes that, viewed in the totality of the proceedings, [respondent] received meaningful representation by his Law Guardian" (*Matter of Jeffrey V.*, 82 NY2d 121, 126 [1993]; *see Matter of Brian S.M.*, 309 AD2d 1224 [2003]). Present—Scudder, P.J., Centra, Fahey, Pine and Gorski, JJ.